MENU

Q Sign In ⌄

Please Sign In and use this article's on page print button to print this article.

RESIDENTIAL REAL ESTATE

# Pittsburgh police's new leader has local roots, 35 years in law enforcement



will replace Regina McDonald, who had been acting police chief since Nate Harper's resignation in early 2012. McLay, whose salary is $109,160 a year, will join the force Sept. 15.

By Sam Kusic and Paul J. Gough
Pittsburgh Business Times
Sep 2, 2014, 1:14pm EDT
**Updated** Sep 2, 2014, 2:14pm EDT

Former Madison, Wisc., police captain Cameron McLay has been named new chief of the Pittsburgh Bureau of Police.

The 56-year-old McClay will replace Regina McDonald, who had been acting police chief since Nate Harper's resignation in early 2012. McLay, whose salary is $109,160 a year, will join the force Sept. 15.

Peduto said McLay will be tasked with restoring the public trust in the police bureau and rebuilding morale among the rank-and-file.

"I believe he is up to the task," Peduto said.

McLay was one of 10 finalists for the job, four of whom were internal candidates. The other six were from elsewhere. Of the 10, four were interviewed.

Peduto said McLay is a student -- and teacher -- of community-oriented policing.

"I felt that he walks with the people," Peduto said.

McLay joined the Indiana University Police Department in 1979 as a patrol officer and then worked at the Madison Police Department, retiring as a captain earlier this year. McLay has been a leadership development consultant for the International Association of Chiefs of Police, and has experience in organizational leadership, dispersed ethical leadership and community policing.

His selection was made following help from the Carnegie Mellon University Deliberative Democracy initiative and a Talent City organization. McLay lived in Mt. Lebanon for three years as a youth while his father worked at Alcoa Inc.

**2 OF 3** ARTICLES REMAINING   To continue   Create a FREE account   or Sign in

He wasn't available for interviews, according to a news release from Peduto's office.

"I intend to be very visible, very engaged and very transparent. Over the next few days however, my primary focus must be on my family as we prepare for our move, and on familiarizing myself with the local issues so as to be able to speak intelligently to those issues," McClay said in a prepared statement.

## MORE IN RESIDENTIAL REAL ESTATE

More ›



**Groundbreaking held for new homes being built in Pine Township**
BY MIKE LARSON



**Viewpoint: Housing a key selling point for region** 🔑
BY JENNIFER BEAHM



**How much home will $500,000 buy in Pittsburgh?**
BY TIM SCHOOLEY



**Howard Hanna sister company makes first acquisition since partnership**
BY LUKE TORRANCE



📅 NOV. 15

**Corridors of Opportunity: Mon Valley**

Join the Pittsburgh Business Times as we continue our event series hi...

**2 OF 3** ARTICLES REMAINING    To continue    Create a FREE account    or Sign in

BY LUKE TORRANCE

MORE EVENTS



**Minnesota home with famous pedigree will be moved to Pennsylvania**

BY DEENA WINTER

**Urban Capital Group ramps of growth rehabbing and selling houses** 🔑

BY TIM SCHOOLEY

**A boom time for the bunker business and doomsday capitalists** 🔑

THE NEW YORK TIMES

**Latest BizSpotlight**                                                    More ›



FOOD & BEVERAGES

**Breadworks, Inc.**

General News

"Pittsburgh Born & Bread" Breadworks Bakery is Proudly celebrating "40 Years" baking



TECHNOLOGY

**OpenArc**

Certifications

OpenArc is now certified as a Women's Business Enterprise (WBE) through the Women's

**2 OF 3** ARTICLES REMAINING   To continue   Create a FREE account   or Sign in